IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DR. ROBERT WILLIAMS, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CAPITAL CITY BANK, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO. 5:15-CV-226 (MTT) |

## ORDER

The Plaintiffs filed their complaint on June 11, 2015.  The Court ordered the Plaintiffs to show cause why their complaint should not be dismissed for failure to properly serve the Defendants on October 15, 2015.  (Doc. 5).  The Plaintiffs responded that Defendant Capital City Bank has been properly served, but they have been unsuccessful in serving Defendant L.P. Keen Insurance Agency ("L.P. Keen").  (Doc. 7).

The Plaintiffs request permission to serve L.P. Keen by publication.  (Doc. 7).  However, the Plaintiffs have cited no authority to support this request, and it is not the Court's obligation to do the Plaintiffs' research for them.  Moreover, the Plaintiffs describe only cursory attempts to serve L.P. Keen.  This is not diligence warranting service by publication as contemplated by Rule 4.  Therefore, the Plaintiffs' request to serve L.P. Keen by publication is **DENIED**.

**SO ORDERED**, this the 9th day of November, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT